IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Leonard Logan, | ) | |
| | ) | |
| Plaintiff, | ) | 24 CV 3897 |
| | ) | |
| v. | ) | Honorable Franklin U. Valderrama |
| | ) | |
| City of Chicago, Glenn Evans, Alejandro Almazan, William Higgins, Edward O'Boyle, Philip Graziano, Lawrence Lynch, Sylvia Van Witzenberg, Paul Bernatek, William Halloran, Hasan Al-Amin, Michael Rowan, Kent Sinson, and Cook County, Illinois, | ) ) ) ) ) ) ) ) | Magistrate Judge the Honorable Young B. Kim |
| | ) | |
| Defendants. | ) | |

## INDIVIDUAL DEFENDANT OFFICERS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants, Alejandro Almazan, Edward O'Boyle, Lawrence Lynch, Sylvia Van Witzenburg, Paul Bernatek, William Halloran, Hasan Al-Amin and Michael Rowan, (collectively "Individual Defendant Officers"), through their attorneys Hale & Monico, respectfully move this Court for an extension of time to answer or otherwise plead to the operating complaint. In support, Individual Defendants state:

1. On May 15, 2024, Plaintiff filed his Complaint alleging various constitutional and state law claims against Defendants. *Dkt. No. 1*.

2. Attorneys with the law firm of Hale & Monico filed appearances on behalf of certain Individual Defendant Officers. *Dkt. Nos. 21-25*.

3. The Individual Defendant Officers responsive pleadings were due on various dates in June 2024. *Dkt. Nos. 7; 10-16.*

4. To avoid confusion and put all of the Individual Defendant Officers on a single schedule, Individual Defendant Officers request an extension of time to respond or otherwise plead.

5. Individual Defendant Officers respectfully request that their responses to the Complaint be due Wednesday, August 28, 2024.

6. This request is made to allow Individual Defendant Officers an opportunity review applicable documents prior to responding to the Complaint. It is not made for the purposes of undue delay.

7. Counsel for Individual Defendant Officers has conferred with counsel for Plaintiff and Plaintiff's counsel has no objection to this request.

Wherefore, Individual Defendant Officers respectfully request an extension of time to answer or otherwise respond to the operating complaint through August 28, 2024 and for any other relief the Court deems appropriate.

Dated: July 10, 2024.                    Respectfully submitted,

                                         */s/ Allyson L. West*
                                         Special Assistant Corporation Counsel
                                         One of the attorneys for Individual Defendant Officers

Andrew M. Hale
Brian J. Stefanich
Kelly M. Olivier
Allyson L. West
Shawn W. Barnett
Hale & Monico LLC
53 W Jackson Blvd., Suite 334
Chicago, IL 60604
andy@halemonico.com
bstefanich@halemonico.com
kolivier@halemonico.com
awest@halemonico.com
sbarnett@halemonico.com

**CERTIFICATE OF SERVICE**

    I, Allyson L. West, an attorney, herby certify that on 7/10/2024 I filed the foregoing, INDIVIDUAL DEFENDANT OFFICERS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING, with the Clerk of the Court using Court's electronic filing system. As a result, copies of the filed document were electronically served upon all counsel of record.

          */s/ Allyson L. West*