**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LEONARD LOGAN, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 24-cv-3897 |
| | ) | |
| v. | ) | Judge Franklin U. Valderrama |
| | ) | |
| CITY OF CHICAGO, *et al.,* | ) | Magistrate Judge Young B. Kim |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF UNOPPOSED MOTION**

Now comes Plaintiff, Leonard Logan, and hereby provides notice that his Unopposed

Motion to Extend Time to Serve Defendant Glenn Evans and Any Special Representative

Appointed for Deceased Defendants Graziano and Higgins, will be presented before the Honorable

Young B. Kim, on Monday, August 5, 2024, at 11:00 a.m. in Courtroom 1019 at 219 S. Dearborn

St., Chicago, IL 60604.

Respectfully submitted,

s/ Elizabeth Wang
Elizabeth Wang

Jon Loevy
Tara Thompson
Alyssa Martinez
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
*Counsel for Plaintiff*

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com

**Certificate of Service**

I, Elizabeth Wang, an attorney, hereby certify that on July 31, 2024, I filed the foregoing
notice of motion via CM/ECF, thereby delivering an electronic copy to all counsel of record.

s/ Elizabeth Wang
Counsel for Plaintiff

1