IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LEONARD LOGAN**, </br>   *Plaintiff*, </br></br> v. </br></br> **CITY OF CHICAGO, GLENN EVANS, ALEJANDRO ALMAZAN, WILLIAM HIGGINS, EDWARD O'BOYLE, PHILIP GRAZIANO, LAWRENCE LYNCH, SYLVIA VAN WITZENBURG, PAUL BERNATEK, WILLIAM HALLORAN, HASAN AL-AMIN, MICHAEL ROWAN, KENT SINSON, AND COOK COUNTY, ILLINOIS** </br>   *Defendants*. | No. 24-cv-3897 </br></br> Hon. Franklin U. Valderrama, </br> Hon. Young B. Kim |

## MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

Per the Court's Order (Dkt. #77), Defendant City of Chicago, by its attorneys, respectfully moves this Honorable Court, by agreement of the parties, for entry of the Agreed Confidentiality Order that has been submitted to the Court, via email, at proposed_order_kim@ilnd.uscourts.gov, on November 14, 2024. The Agreed Confidentiality Order is based on the Northern District of Illinois Model Confidentiality Order, Form LR 26.2. Also, it is substantively identical to the Confidentiality Order previously approved of by this Court in *Reynoldo Munoz v. Guevara*, 23 CV 3210, at Dkt. #117.

Respectfully submitted,

MARY B. RICHARDSON-LOWRY
Corporation Counsel for the City of Chicago

/s/ *Anthony J. Masciopinto*
Anthony J. Masciopinto
Special Assistant Corporation Counsel
KULWIN, MASCIOPINTO & KULWIN LLP
161 North Clark Street, Suite 2500
Chicago, Illinois 60601
T: 312.641.0300; F: 312.855.0350
amasciopinto@kmklawllp.com

*Attorneys for Defendant City of Chicago*

## **CERTIFICATE OF SERVICE**

      I, Anthony J. Masciopinto, an attorney, hereby certify that I caused the above ***Motion for Entry of Agreed Confidentiality Order*** to be served on all counsel of record via ECF filing on November 22, 2024.

                                                       /s/    *Anthony J. Masciopinto*
                                                               Anthony J. Masciopinto