IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Leonard Logan, | ) | |
| | ) | |
| Plaintiff, | ) | 24 CV 3897 |
| | ) | |
| v. | ) | Honorable Jorge L. Alonso |
| | ) | |
| City of Chicago, Glenn Evans, Alejandro Almazan, William Higgins, Edward O'Boyle, Philip Graziano, Lawrence Lynch, Sylvia Van Witzenberg, Paul Bernatek, William Halloran, Hasan Al-Amin, Michael Rowan, Kent Sinson, and Cook County, Illinois, | ) ) ) ) ) ) ) ) | Magistrate Judge the Honorable Young B. Kim |
| | ) | |
| Defendants. | ) | |

**THE PARTIES' JOINT MOTION FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT REGARDING WRITTEN DISCOVERY**

The parties respectfully move this Court for an extension of time to file a Joint Status Report regarding written discovery. In support of this motion, the parties state as follows:

1. On October 11, 2024, this Court entered an order setting deadlines for written discovery, including that the parties submit a joint status report identifying each side's written discovery issues by January 17, 2025. Dkt. #75.

2. Pursuant to this Court's order, the parties exchanged Rule 26(a)(1) disclosures, served interrogatories and requests to produce documents, and answered the discovery requests.

3. On January 3, 2025, the parties conferred by telephone about the adequacy of Plaintiff's discovery responses.

4. During the meet and confer, Plaintiff agreed to supplement various discovery responses and indicated that he would provide the Defendants with his position on other discovery

responses that the Defendants had raised by the beginning of the week of January 6, 2025. However, that did not occur.

5. On January 14, 2025, Defendants requested that Plaintiff provide them with the supplemental responses and his position on the remaining discovery responses raised during the meet and confer.

6. Yesterday, on January 16, 2025, Plaintiff's counsel responded and indicated that Plaintiff would provide the supplemental responses and his position on the remaining discovery responses that same day. However, Plaintiff's counsel who was leading the effort to confer with Defendants' counsel and provide a response to the discovery issues became very ill and was unable to complete the task as previously stated.

7. Plaintiff's counsel became so ill today (January 17, 2025), that she had to go to urgent care. Absent that attorney's involvement, Plaintiff cannot finalize and provide his supplemental responses and his position on the remaining discovery issues today to allow the parties to finalize the joint status report. Plaintiff's counsel anticipates being able to provide this information by January 21, or one business day from today because Monday is a holiday.

8. Because of this unanticipated delay, the parties are unable to finalize a joint status report to the court reflecting which interrogatories and/or requests to produce are at issue between the parties.

9. Accordingly, the parties request an extension of time to January 30, 2025, to file the Joint Status Report regarding potential discovery disputes. This extension of time will allow Plaintiff to supplement the responses he previously agreed to and provide the Defendants with his position on the remaining discovery issues raised in the meet and confer. It will also provide the Defendants with sufficient time to consider the Plaintiff's position and

2

allow the parties to further confer, if necessary, to narrow the issues for the Court to ultimately decide.

Wherefore, in light of the circumstances, the parties respectfully request an extension of time to file the joint status report regarding written discovery until January 30, 2025.

Dated: January 17, 2025    Respectfully submitted,

/s/ Brian J. Stefanich
Special Assistant Corporation Counsel
One of the attorneys for Individual Defendant Officers

Andrew M. Hale
Brian J. Stefanich
Kelly M. Olivier
Allyson L. West
Hale & Monico LLC
53 W Jackson Blvd., Suite 334
Chicago, IL 60604
andy@halemonico.com
bstefanich@halemonico.com
kolivier@halemonico.com
awest@halemonico.com

*Counsel for the Individual Defendant Officers*

Jon Loevy
Tara Thompson
Alyssa Martinez
Jordan Poole
LOEVY & LOEVY
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
tara@loevy.com
alyssa@loevy.com
poole@loevy.com
Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
(702) 328-56452

3

elizabethw@loevy.com

*Counsel for Plaintiff*

/s/ Anthony J. Masciopinto
Anthony J. Masciopinto
Special Assistant Corporation Counsel
Kulwin Masciopinto & Kulwin LLP
161 N. Clark Street, Suite 2500
Chicago, IL 60601
T: 312-641-0300; F: 312-855-0350
amasciopinto@kmklawllp.com

*Attorney for Defendant City of Chicago*

/s/ Michael Stephenson
James M. Lydon
Michael Stephenson
Matt Howroyd
Christian J. Michalik
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
T: 312-704-3000
F: 312-704-3001
jlydon@hinshawlaw.com
mstephenson@hinshawlaw.com
mhowroyd@hinshawlaw.com
cmichalik@hinshawlaw.com

*Counsel for Defendant Sinson*

## **CERTIFICATE OF SERVICE**

I, Brian J. Stefanich, an attorney, herby certify that on January 17, 2025, I filed the foregoing, THE PARTIES' JOINT MOTION FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT REGARDING WRITTEN DISCOVERY, with the Clerk of the Court using Court's electronic filing system. As a result, copies of the filed document were electronically served upon all counsel of record.

*/s/ Brian J. Stefanich*
