# **EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Leonard Logan, | ) | |
| | ) | |
| Plaintiff, | ) | 24 CV 3897 |
| | ) | |
| v. | ) | Honorable Jorge L. Alonso |
| | ) | |
| City of Chicago, Glenn Evans, Alejandro Almazan, William Higgins, Edward O'Boyle, Philip Graziano, Lawrence Lynch, Sylvia Van Witzenberg, Paul Bernatek, William Halloran, Hasan Al-Amin, Michael Rowan, Kent Sinson, and Cook County, Illinois, | ) ) ) ) ) ) ) ) | Magistrate Judge the Honorable Young B. Kim |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ROWAN'S FIRST SET OF INTERROGATORIES TO PLAINTIFF**

Defendant, Michael Rowan, by and through his undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 33 requests that the following Interrogatories to Plaintiff Leonard Logan be answered, in writing and under oath within 30 days of service:

**INTERROGATORIES**

1. State all nicknames or aliases that you have used from March 18, 1992 until the present.

2. Identify all of your resident addresses from March 18, 1992 until the present.

3. Identify by name and address all persons who have knowledge of the facts that relate to any of the claims or defenses in this action.

4. Identify what conduct you attribute to Defendant Evans which you claim led to your arrest, prosecution, and conviction for the murder of Timothy Jones and the basis for you to make that claim.

5. Identify what conduct you attribute to Defendant Almazan which you claim led to your arrest, prosecution, and conviction for the murder of Timothy Jones and the basis for you to make that claim.

6. Identify what conduct you attribute to Defendant Higgins which you claim led to your arrest, prosecution, and conviction for the murder of Timothy Jones and the basis for you to make that claim.

7. Identify what conduct you attribute to Defendant O'Boyle which you claim led to your arrest, prosecution, and conviction for the murder of Timothy Jones and the basis for you to make that claim.

8. Identify what conduct you attribute to Defendant Graziano which you claim led to your arrest, prosecution, and conviction for the murder of Timothy Jones and the basis for you to make that claim.

9. Identify what conduct you attribute to Defendant Lynch which you claim led to your arrest, prosecution, and conviction for the murder of Timothy Jones and the basis for you to make that claim.

10. Identify what conduct you attribute to Defendant Van Witzenberg which you claim led to your arrest, prosecution, and conviction for the murder of Timothy Jones and the basis for you to make that claim.

11. Identify what conduct you attribute to Defendant Bernatek which you claim led to your arrest, prosecution, and conviction for the murder of Timothy Jones and the basis for you to make that claim.

12. Identify what conduct you attribute to Defendant Halloran which you claim led to your arrest, prosecution, and conviction for the murder of Timothy Jones and the basis for you to make that claim.

13. Identify what conduct you attribute to Defendant Al-Amin which you claim led to your arrest, prosecution, and conviction for the murder of Timothy Jones and the basis for you to make that claim.

14. Identify what conduct you attribute to Defendant Rowan which you claim led to your arrest, prosecution, and conviction for the murder of Timothy Jones and the basis for you to make that claim.

15. Describe all injuries (physical, emotional, and mental) you claim to have sustained as a result of the events giving rise to your complaint.

16. Identify every piece of evidence that you claim was fabricated against you. For this interrogatory identify means to state the piece of evidence that was fabricated, who fabricated the evidence, how the evidence was fabricated, and when you learned that it was fabricated.

17. Are you claiming any psychiatric, psychological and/or emotional injuries as a result of your arrest and conviction for the murder of Timothy Jones? If so, state: (a) the names of any psychiatric, psychological, and/or emotional injury claimed, the name and address of each psychiatrist, physician, psychologist, therapist, or other health care professional rendering you treatment for each injury; (b) whether you had suffered any psychiatric, psychological, and/or any emotional injury prior to March 18, 1997, and if so, provide (i) the dates of any psychiatric, psychological, and/or emotional injury and if the injury persists today, (ii) describe the nature of any psychiatric, psychological, and/or emotional injury; and (iii) the name and address of each

3

psychiatrist, physician, psychologist, therapist, or other health care professional rendering your treatment for each injury.

20. Identify all statements you, or anyone acting on your behalf, have made about your arrest, conviction, or time incarcerated stemming from the murder of Timothy Jones. For this interrogatory, identify means to state the individual making the statement, the date of the statement, the location where the statement was made, the individuals present when the statement was made, the type of statement made, and the location of any transcript, recording, or copy of the statement, and provide a summary of the statement.

19. Identify every individual or entity that worked on your criminal case from the time of your arrest for the murder of Timothy Jones until the time your conviction was vacated. For this interrogatory, identify means to state the name of the individual or entity, the current address of the individual or entity, the phone number of the individual or entity, and describe the type of work provided.

20. Identify all cellmates you had when you were incarcerated for the murder of Timothy Jones. For this interrogatory, identify means to state the name of the individual, the approximate dates you were cellmates with the individual, and the penal institution in which you were cellmates with the individual.

21. Identify all exculpatory evidence that you claim was withheld from you prior to your criminal trial. For this interrogatory, identify means to describe the evidence, state the author of the document, state the basis for your belief that the evidence is exculpatory, provide the date you first became aware of the existence of the evidence, state the name of the person from whom you learned of the existence of the evidence, and state which defendant withheld the evidence.

22. Identify every fact supporting your contention that the defendants reached an agreement to deprive you of a constitutional or state law right.

23. Identify all criminal activity you have engaged in, if any, since your conviction for the murder of Timothy Jones was vacated. For this interrogatory, identify means to describe the criminal activity engaged in, state the date and location you engaged in the criminal activity, and state the name of any other person who engaged in the criminal activity with you.

24. Identify all handles or usernames you utilize on social media websites, including, but not limited to, Facebook, Instagram, Reddit, Youtube, Snapchat, and MySpace.

25. Identify any gangs you have associated with. For this interrogatory, identify means to state the name of the gang, the time period you associated with the gang, whether you held any rank in the gang, and if so, what was the rank, describe the activities you engaged in for the gang, state the names of all individuals who you knew were also associated with your gang, and state the names of any rival gangs.

Respectfully submitted,

/s/ *Allyson L. West*
Special Assistant Corporation Counsel
One of the Attorneys for Defendant Officers

Andrew M. Hale
Brian Stefanich
Allyson L. West
Kelly Olivier
Special Assistant Corporation Counsel
Hale & Monico LLC
53 W. Jackson Blvd., Suite 337
Chicago, Il 60604
(312) 341-9646

**CERTIFICATE OF SERVICE**

I, Allyson L. West, an attorney, hereby certify that on October 2, 2024, I served a copy of the foregoing, DEFENDANT ROWAN'S FIRST SET OF INTERROGATORIES TO PLAINTIFF, on all counsel of record via electronic mail.

/s/ *Allyson L. West*