**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Leonard Logan, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 24 CV 3897 |
| | ) | |
| City of Chicago, Glenn Evans, Alejandro | ) | Honorable Jorge L. Alonso |
| Almazan, William Higgins, Edward | ) | |
| O'Boyle, Philip Graziano, Lawrence Lynch, | ) | Magistrate Judge the |
| Sylvia Van Witzenberg, Paul Bernatek, | ) | Honorable Young B. Kim |
| William Halloran, Hasan Al-Amin, Michael | ) | |
| Rowan, Kent Sinson, and Cook County, | ) | |
| Illinois, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF MOTION</u>

**TO:     All counsel of record.**

Please take notice that on **August 28, 2025 at 9:30 a.m.**, I shall appear before the Honorable Judge Jorge L. Alonso in Courtroom 1903 at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present **<u>MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANT EVANS</u>.**

Respectfully Submitted,


*/s/ Allyson L. West*
Special Assistant Corporation Counsel
One of the Attorneys for Defendants

Andrew M. Hale
Brian Stefanich
Kelly Olivier
Allyson West
Michelle Heyman-Kantor
Hale & Monico LLC
53 W Jackson Blvd., Suite 334
Chicago, IL 60604
andy@halemonico.com
bstefanich@halemonico.com
kolivier@halemonico.com
awest@halemonico.com
mhk@halemonico.com

## **CERTIFICATE OF SERVICE**

I, Allyson L. West, an attorney, hereby certify that on August 22, 2025, I electronically filed the foregoing, **Notice of Motion**, with the Court's CM/ECF system, which simultaneously sent an electronic copy of the same to all Counsel of Record.

/s/ Allyson L. West