**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LEONARD LOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-03897 |
| | ) | |
| v. | ) | Hon. Jorge L. Alonso |
| | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.,* | ) | Hon. Young B. Kim |
| | ) | Magistrate Judge |
| Defendants. | ) | |
| | ) | |

**<u>NOTICE OF MOTION</u>**

Please take notice that on Thursday, December 18, 2025, at 11 a.m., counsel for all

parties shall appear before Judge Kim in the Courtroom usually occupied by him at 219 S.

Dearborn St., Chicago, Illinois, and Plaintiff's counsel shall present Plaintiff's Motion to Quash

Defendants' Subpoena Seeking to Depose his Attorney Tara Thompson, ECF No. 123.

Dated: December 11, 2025                    RESPECTFULLY SUBMITTED,

                                            **LEONARD LOGAN**

                                            /s/ Jordan Poole
                                            *One of Plaintiff's Attorneys*

Jon Loevy                          Elizabeth Wang
Tara Thompson                      LOEVY & LOEVY
Alyssa Martinez                    2060 Broadway, Ste. 460
Jordan Poole                       Boulder, CO 80302
LOEVY & LOEVY                      720-328-5642
311 N. Aberdeen St., 3rd Fl.       elizabethw@loevy.com
Chicago, IL60607
312-243-5900
alyssa@loevy.com
tara@loevy.com
poole@loevy.com
jon@loevy.com

1

## CERTIFICATE OF SERVICE

I, Jordan Poole, an attorney, hereby certify that on December 11, 2025, the foregoing document was filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Jordan Poole
*One of Plaintiff's Attorneys*