# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD LOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-03897 |
| | ) | |
| v. | ) | Hon. Franklin U. Valderrama |
| | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.,* | ) | Hon. Young B. Kim |
| | ) | Magistrate Judge |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

Please take notice that on Tuesday, June 23, 2026, at 11 a.m., counsel for all parties shall appear before Judge Kim in the Courtroom usually occupied by him at 219 S. Dearborn St., Chicago, Illinois, and Plaintiff's counsel shall present Plaintiff's Motion for a Protective Order Regarding Defendants' Third-Party Subpoenas, ECF No. 151:

RESPECTFULLY SUBMITTED,

**LEONARD LOGAN**

*/s/ Alyssa Martinez*

Jon Loevy
Elizabeth Wang
Tara Thompson
Jordan Poole
Alyssa Martinez
Loevy & Loevy
311 N. Aberdeen Street
Chicago, IL 60607
312-243-5900
alyssa@loevy.com

*Attorneys for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I, Alyssa Martinez, an attorney, hereby certify I filed the foregoing document on June 5, 2026 with the Court's CM/ECF system which effected service on all counsel of record.

*/s/ Alyssa Martinez*
*One of Plaintiff's Attorneys*
