## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Leonard Logan

                    Plaintiff,

v.
                                         Case No.: 1:24–cv–03897

                                         Honorable Jorge L. Alonso

City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, June 6, 2026:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion for protective order [151] is entered and continued. Appearance on June 23, 2026, is not required to present this motion. Defendants are reminded that they have until June 19, 2026, to file a response to the motion. Emailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.