**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Leonard Logan, | ) | |
| | ) | |
| Plaintiff, | ) | 24 CV 3897 |
| | ) | |
| v. | ) | Honorable Jorge L. Alonso |
| | ) | |
| City of Chicago, Glenn Evans, Alejandro Almazan, William Higgins, Edward O'Boyle, Philip Graziano, Lawrence Lynch, Sylvia Van Witzenberg, Paul Bernatek, William Halloran, Hasan Al-Amin, Michael Rowan, Kent Sinson, and Cook County, Illinois, | ) | Magistrate Judge the Honorable Young B. Kim |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANTS' OPPOSED MOTION TO EXTEND NON-*MONELL* FACT DISCOVERY</u>**

Defendants Hasan Al-Amin, Alejandro Almazan, Paul Bernatek, Geri Lynn Yanow, Special Representative of Deceased Defendants Philip Graziano and William Higgins, Edward O'Boyle, Michael Rowan, Sylvia Van Witzenburg, Glenn Evans (collectively referred to as the "Defendant Officers"), former assistant state's attorney Kent Sinson ("Sinson"), and the City of Chicago ("City) (collectively "Defendants"), by and through their respective attorneys and pursuant to Federal Rules of Civil Procedure, move this Court to extend fact discovery. In support of this motion, the Defendants state as follows:

1. Fact discovery is currently scheduled to close on September 30, 2026. (Dkt. #164.) Notwithstanding the diligent and best efforts of all counsel, the Defendants are requesting an extension of non-*Monell* fact discovery to allow for one (1) remaining fact witness deposition and one outstanding production from the Illinois Department of Corrections ("IDOC").

2. Since the Parties Joint Motion to Extend Non-Monell Fact Discovery was filed on July 30, 2026 (Dkt. #159), the parties have been completed the depositions of the following fact witnesses: Princess Thomas, ASA Joesph DiBella and Plaintiff, Leonard Logan[1].

3. As this Court is aware the Defendants are seeking to depose a representative from the Cook County State's Attorney's Office ("CCSAO") pursuant to Federal Rule of Civil Procedure 30(b)(6), rather than the previously indicated ASA. (Dkt. #169).

4. The Defendants have a pending Motion for leave to substitute a CCSAO representative for the individual deposition of ASA Linda Walls. Plaintiff's counsel has opposed the Motion and a hearing is currently set for October 1, 2026. (Dkt. #169; 171).

5. The Defendants request additional time because the Court has to rule on Defendants' motion relative to the Rule 30(b)(6) witness and if the request is granted the Defendants will need time to meet and confer with the CCSAO regarding the scope of the Rule 30(b)(6) notice prior to the deposition being scheduled and completed.

6. Additionally, one written discovery issue remains open. Pursuant to subpoena the parties are still awaiting receipt of approximately 26 recorded prison phone calls from the IDOC. In turn, there are also outstanding requests to admit that are to be answered after receipt of all the call recordings.

7. Defense counsel has conferred with Plaintiff's counsel and they oppose Defendants request for an extension of time.

[1] In the July 30, 2026 Joint Motion to Extend, the parties also referenced that the deposition of Defendant Paul Bernatek was outstanding. Counsel for Bernatek was informed recently, and made all parties aware, that Bernatek unfortunately passed away. His counsel will file a suggestion of death in short order.

8. Given the foregoing deposition and one written discovery issue, the Defendants respectfully request an extension of time to complete the deposition of the Rule 30(b)(6) deponent and receive the outstanding production from IDOC.

WHEREFORE, the Defendants respectfully request that this Court grant the Defendants additional time to complete the aforementioned fact discovery.

RESPECTFULLY SUBMITTED,

*/s/ Allyson L. West*
Special Assistant Corporation Counsel

Andrew M. Hale
Allyson L. West
Michelle Heyman-Kantor
Lauren Heller
Hale Law LLC (f/k/a Hale & Monico LLC)
53 W Jackson Blvd., Suite 334
Chicago, IL 60604
andy@ahalelaw.com
awest@ahalelaw.com
mhk@halelaw.com
lheller@ahalelaw.com
*Counsel for the Individual Defendant Officers*

*/s/Anthony Masciopinto*
Special Assistant Corporation Counsel

Anthony J. Masciopinto
Natalie J. Smith
Rachel Anne Katz
KULWIN, MASCIOPINTO & KULWIN LLP
161 North Clark Street, Suite 2500
Chicago, Illinois 60601
T: 312.641.0300
amasciopinto@kmklawllp.com
nsmith@kmklawllp.com
rkatz@kmklawllp.com
*Attorneys for Defendant City of Chicago*

/s/*Christopher Sloss*

Kenneth Battle
Michele J. Braun
Christopher Sloss
O'Connor & Battle, LLP
111 W. Jackson Blvd, Suite 1700
Chicago, IL 60604
P: (312) 786-4600
kbattle@mokblaw.com
mbraun@mokblaw.com
csloss@mokblaw.com
*Counsel for Glenn Evans*

*/s/ Matthew Howroyd*

James Lydon
Michael Stephenson
Matthew Howroyd
William Bazarek
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3848
Jlydon@hinshawlaw.com
mstephenson@hinshawlaw.com
mhowroyd@hinshawlaw.com
wbazarek@hinshawlaw.com
*Counsel for Defendant Sinson*

## CERTIFICATE OF SERVICE

I, Allyson L. West, an attorney, hereby certify that on September 25, 2026, I caused the foregoing, DEFENDANTS' OPPOSED MOTION TO EXTEND NON-*MONELL* FACT DISCOVERY, to be filed with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record via the Court's CM/ECF system.

*/s/ Allyson L. West*